IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Terry L. Day,                                             :
                                                          :
       Plaintiff(s),                                     :
                                                          :  Case Number: 1:13cv547
   vs.                                                    :
                                                          :  Judge Susan J. Dlott
National Electrical Contractors Association, et al.,     :
                                                          :
       Defendant(s).                                     :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 30, 2015 a Report and Recommendation (Doc. 31). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 32) and defendants filed a response to the objections (Doc. 34).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion for summary judgment (Doc. 25) is **GRANTED.** Defendant's alternative motion for judgment on the pleadings (Doc. 25) is **DENIED AS MOOT.**

This case is hereby **DISMISSED** with prejudice.

IT IS SO ORDERED.

                                      ___s/Susan J. Dlott_____
                                      Judge Susan J. Dlott
                                      United States District Court